UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Emmanuel D.T., | File No. 24-cv-3677 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| ICE, ERO, Garland, St. Paul Field Office, and DHS, | |
| Respondents. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on December 20, 2024. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**; and

2. The action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 21, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court